# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br>V.<br><br>FRANK SEUNG NOAH,<br><br>Defendant(s). | 8:22-cr-00017-JLS |
| | **WARRANT FOR ARREST** |

TO:  UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest  FRANK SEUNG NOAH
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n):  ☐ Complaint  ☒ Indictment
☐ Information  ☐ Order of Court  ☐ Violation Petition  ☐ Violation Notice
charging him/her with (ENTER DESCRIPTION OF OFFENSE BELOW)

26 U.S.C. § 7201: Evasion of Payment of Tax;
18 U.S.C. § 1343: Wire Fraud.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 1 0 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

in violation of Title  See above  United States Code, Section(s)  See above

| Kiry K. Gray | 02/09/2022; Santa Ana, CA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | Hon. Karen E. Scott |
| TITLE OF ISSUING OFFICER | By: NAME OF JUDICIAL OFFICER |
| D. Velazquez | |
| SIGNATURE OF DEPUTY CLERK | |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| 2/9/22 | Jeffrey Eastman |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| 2/10/22 | Special Agent |
| DATE OF ARREST | TITLE |
| | [signature] |
| | SIGNATURE OF ARRESTING OFFICER |

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO