

FILED
CLERK, U.S. DISTRICT COURT

OCT - 5 2023

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>FRANK SEUNG NOAH<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:22-cr-00017(A)-JLS |
|---|---|

### ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Friday__, __10/6/2023__, at __2:00__ ☐a.m. / ☒p.m. before the, Honorable __Autumn D. Spaeth__ in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ____10/05/2023____          ____/s/ Autumn D. Spaeth_____
                                    U.S. Magistrate Judge